## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| LORINZO SAMPSON, | ) | CASE NO. 21-3539 |
| | ) | |
| Plaintiff/ Appellant | ) | |
| | ) | |
| vs. | ) | **MOTION OF DEFENDANT/** |
| | ) | **APPELLEE CITY OF** |
| CITY OF CLEVELAND, et al., | ) | **CLEVELAND TO DISMISS** |
| | ) | **APPEAL FOR WANT OF** |
| Defendants/ Appellees | ) | **PROSECUTION** |

Defendant/ Appellee City of Cleveland ("City") respectfully moves the Court pursuant to 6 Cir. R. 26(b) to dismiss the appeal of Plaintiff/ Appellant Lorinzo Sampson ("Sampson") for want of prosecution. Sampson's brief was not timely filed, does not include citations to the record, does not include an addendum designating relevant documents from the district court, and otherwise fails to direct the court and the Defendants/ Appellees to the basis for this appeal.

The grounds for this motion are the following:

1. Sampson's brief was due on August 16, 2021, after one extension of time had been granted. (Docket #: 22.)

2. Sampson's brief was filed on August 17, 2021. (Docket #: 23.)

3. 6 Cir. R. 26(b) provides that, "[i]f the appellant does not timely process the appeal – *including not timely filing a brief* or required appendix or not meeting other deadlines – the court may dismiss the appeal for want of prosecution, impose sanctions, or both" (*italics* added).

4. Sampson's untimely-filed brief does not include citations to the record or a designation of relevant documents.

5. 6 Cir. R. 28(a) provides, "A brief must direct the court to the parts of the record it refers to." 6. Cir. R. 30(g) provides that the party must file an addendum with a designation of relevant documents.

6. On the merits, Sampson's brief does not fairly inform the court or the City of the grounds for the appeal.

7. On August 17, 2021, the case manager informed Sampson of the corrections needed for his brief and allowed him until August 24, 2021, to file his corrected brief. (Docket #: 24.)

8. The City respectfully submits that Sampson should not be given the opportunity to correct his brief, because his brief was untimely filed without a motion for extension having been filed. Instead, this case should be dismissed for want of prosecution. *Sagan v. Sumner County Board of Education*, 6th Cir. Nos. Nos. 11–5168, 11–5328, 11–5170, 11–5330, 11–5172, 11–5332, 11–5523, 11–5524, 11–5570, 11–5571, 11–5666, 11–5667, 11–5668, 11–5669, 11–5671, 501

Fed.Appx. 537 (Table), 2012 WL 4773565, *3 (Oct. 5, 2012) ("The failure to abide by the court's briefing schedule alone may result in the dismissal of an appeal for want of prosecution. 6th Cir. R. 26(b)").

For the foregoing reasons, Defendant/ Appellee City of Cleveland respectfully moves the Court pursuant to 6 Cir. R. 26(b) to dismiss the appeal of Plaintiff/ Appellant Lorinzo Sampson for want of prosecution.

        Respectfully submitted,

        BARBARA A. LANGHENRY (0038838)
        Director of Law

        By: *s/ Timothy J. Puin*
        William M. Menzalora (0061136)
        Chief Assistant Director of Law
        Timothy J. Puin (0065120)
        Assistant Director of Law
        City of Cleveland, Department of Law
        601 Lakeside Avenue E., Room 106
        Cleveland, Ohio  44114
        Tel:   (216) 664-2800
        Email:wmenzalora@city.cleveland.oh.us
        Email:tpuin@city.cleveland.oh.us
        Attorneys for Defendant/ Appellee
        City of Cleveland

## CERTIFICATE OF COMPLIANCE

The foregoing complies with the requirements of FRAP 27, Motions, including as to length and typeface/ type style, and with 6 Cir. R. 27

*s/ Timothy J. Puin*

_____
TIMOTHY J. PUIN (0065120)

## CERTIFICATE OF SERVICE

The foregoing was filed electronically and may be accessed through the Court's ECF system by all parties of record.

*s/ Timothy J. Puin*

_____
TIMOTHY J. PUIN (0065120)
73409v1