Case No. 21-3539

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

LORINZO SAMPSON

    Plaintiff - Appellant

v.

CITY OF CLEVELAND, OH; CUYAHOGA COUNTY, OH; NICHOLAS EVANS, in his official and individual capacities; CHRISTOPHER LITTLE, in his official and individual capacities; BRANDON SMITH, in his official and individual capacities; BARRY HICKERSON, in his official and individual capacities

    Defendants - Appellees

DONALD HORVAT, in his official and individual capacities; TIMOTHY DUGAN, in his official and individual capacities; JOHN DOES (9 THROUGH 13) and JANE DOE (14), in their official and individual capacities

    Defendants

   Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

    The Appellant's Brief was not filed by January 20, 2023.

   It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: January 26, 2023